UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21439-CIV-GOLD/MCALILEY

HECTOR RAMIREZ,

    Plaintiff,

v.

GLOTTMAN ANTEPRIMA, INC., et al.,

    Defendants.
_____/

### ORDER REQUIRING SUBMISSION OF SETTLEMENT AGREEMENT

THIS CAUSE is before the Court on Stipulation for Dismissal with Prejudice [DE 12] filed on July 8, 2008.  In accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the parties shall submit the settlement agreement, including the net amount to be received by Plaintiff after attorney's fees and costs.  This agreement may be filed as part of the docket or submitted via email to Gold@flsd.uscourts.gov for in camera review.  If the parties elect to submit the settlement agreement via email, the subject line for the email must include the case name and number and "settlement agreement."  Failure to submit this agreement within the time specified below may be cause for dismissal without further notice to the parties.  The Court reserves on entering an order of dismissal with prejudice until after review of the settlement agreement. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties shall submit the settlement agreement, including the net amount to be received by Plaintiff, by July 25, 2008.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of July, 2008.

							_____
							**THE HONORABLE ALAN S. GOLD**
							**UNITED STATES DISTRICT JUDGE**

**Copies furnished to:**
U.S. Magistrate Judge Chris M. McAliley
All Counsel of Record