UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21439-CIV-GOLD/MCALILEY

HECTOR RAMIREZ,

    Plaintiff,

v.

GLOTTMAN ANTEPRIMA, INC., et al.,

    Defendants.

_____/

### ORDER INSTRUCTING CLERK TO SEAL DE 14; DISMISSING ACTION WITH PREJUDICE; CLOSING CASE

THIS CAUSE is before the Court following the Stipulation for Dismissal with Prejudice [DE 12] filed on July 8, 2008. In accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the parties have now submitted the settlement agreement and the net amount to be received by Plaintiff. Based on my review of this information, I approve the Settlement Agreement and dismiss this action with prejudice.

Defendants have also filed a Motion to Permanently Seal Docket Entry 14 [DE 15], filed on July 10, 2008. Based on my review of the Motion and the case file, I grant this Motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    1.    The Settlement Agreement is approved.

    2.    This case is DISMISSED with prejudice.

    3.    The Motion [DE 15] is GRANTED and, the Clerk shall seal DE 14.

    4.    This case is CLOSED.

5. All pending motions are DENIED as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of July, 2008.

_____
**THE HONORABLE ALAN S. GOLD**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to:**
U.S. Magistrate Judge Chris M. McAliley
All Counsel of Record